**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Noel N. Seifert** | Social Security number or ITIN **xxx−xx−3483** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter **13**  **4/12/18** |
| Case number: | **8−18−72479−ast** | |

# ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated July 27, 2018

**IT IS ORDERED THAT:**

    Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/ Alan S. Trust
United States Bankruptcy Judge

Dated: August 13, 2018

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]